# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VEGAS, | 1:08-CV-01762 LJO SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO TERMINATE THE ACTION |
| v. | |
| CSP-CORCORAN I, | |
| | [Doc. 3.] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 25, 2008, the Magistrate Judge issued a Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 25, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED; and

3. The Clerk of the Court is DIRECTED to terminate this action in its entirety. IT IS SO ORDERED.

**Dated:     January 20, 2009**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE